## WILLIAM KEPNER *versus* SAMUEL PARSHALL

JOURNAL ENTRIES (1818–20): *Journal 2:* (1) Rule to bring body, declaration filed de bene esse *p. 586; (2) special bail *p. 587; (3) cognovit, judgment *p. 664. *Journal 3:* (4) Motion for attachment for costs *p. 94; (5) sheriff's fees allowed, etc. *p. 94.

PAPERS IN FILE: (1) Precipe for process, account; (2) capias and return; (3) declaration; (4) precipe for execution ca. sa.; (5) writ of ca. sa.

*Office Docket*, MS p. 58, c. 2.

## UNITED STATES *versus* GEORGE FRIEND

JOURNAL ENTRIES (1818): *Journal 2:* (1) Appearance *p. 586; (2) transcript filed, recognizors discharged *p. 586.

PAPERS IN FILE: (1) Transcript of proceedings before Thomas Rowland, J. P.